SARAH HART, Appellant, *v.* NORTHERN UNION GAS COMPANY, Respondent.

HENRY HART, Appellant, *v.* NORTHERN UNION GAS COMPANY, Respondent.

(Argued October 23, 1929; decided November 19, 1929.)

*Robert H. Elder, Joseph C. Thomson* and *Otho S. Bowling* for appellants.

*Chauncey B. Garver* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., LEHMAN, KELLOGG and O'BRIEN, JJ. Dissent: POUND, CRANE and HUBBS, JJ.